UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FED. NATL. MORTG. ASSOC, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1959 |
| v. | : | (JUDGE MANNION) |
| ANTONELLO BOLDRINI, | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

Plaintiff Boldrini's Motions for Relief from All Judgments and Orders issued in this case, pursuant to Rule 60(b), **(Docs. 53 & 54)**, are **DISMISSED WITH PREJUDICE**, and this case shall remain **CLOSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: April 19, 2021
18-1959-01-ORDER